[Civil No. 1214. Filed June 24, 1912.]

[124 Pac. 813.]

WILLARD A. PITT, Plaintiff in Error, v. THE DE-
TROIT COPPER MINING COMPANY OF ARIZONA,
a Corporation, Defendant in Error.

WRIT OF ERROR from the District Court of the First
Judicial District, in and for the County of Pima. John H.
Campbell, Judge. Reversed and remanded.

Mr. Frank H. Hereford and Mr. Frank E. Curley, for
Plaintiff in Error.

Messrs. Ellinwood & Ross, for Defendant in Error.

PER CURIAM.—This cause having been submitted on
the briefs on file in the case of *Simon Hagenauer* v. *De-
troit Copper Min. Co. of Arizona, ante,* p. 74, 124 Pac.
803, and the same questions being involved in this cause, on
the authority of *Hagenauer* v. *Detroit Copper Min. Co. of
Arizona,* just decided by this court, the judgment of the
lower court in this cause, sustaining the special demurrer set-
ting up the statute of limitations and dismissing the case, is
reversed, with directions to overrule the special demurrer.